# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Zouhary, Jack | 2. Court or Organization  District Court, Northern District of Ohio | 3. Date of Report  04/29/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  District Judge / Active | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2014  to  12/31/2014 |

**7. Chambers or Office Address**

U.S. District Court
1716 Spielbusch Avenue
Toledo, OH 43604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Self-employed arbitrator / mediator |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Denver / Institute for the Advancement of the American Legal System | 2/26/2014 | Denver, CO | IAALS / ACTL Task Force on Discovery / Interview | Flight; transportation; meals; mileage; parking |
| 2. | University of Denver / Institute for the Advancement of the American Legal System | 7/9 - 7/11/2014 | Denver, CO | IAALS / ACTL Task Force on Discovery and Civil Justice | Flight; hotel; transportation; meals; mileage; parking |
| 3. | George Mason University Foundation | 10/5 - 10/8/2014 | Arlington, VA | Antitrust Law & Economics Institute for Judges | Flight; hotel; transportation; meals; mileage; parking |
| 4. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 04/29/2015 |

5. _____ _____ _____ _____ _____

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 04/29/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  DTE Energy* | A | Dividend | J | T | | | | | |
| 2.  Trust #1 | G | Int./Div. | P2 | T | | | | | |
| 3.  - Boeing* | | | | | | | | | |
| 4.  - DCT Industrial Trust* | | | | | | | | | |
| 5.  - Deere & Co* | | | | | | | | | |
| 6.  - General Electric* | | | | | | | | | |
| 7.  - Intel* | | | | | | | | | |
| 8.  - I Shares TR Russell Mid Cap Value* | | | | | | | | | |
| 9.  - Motorola Solutions (MSI) | | | | | | | | | |
| 10.  - Pepsico* | | | | | | | | | |
| 11.  - Pennsylvania Mutual Fund | | | | | | | | | |
| 12.  - US Bancorp Delaware New* | | | | | | | | | |
| 13.  - Abbott Labs* | | | | | | | | | |
| 14.  - AT&T* | | | | | | | | | |
| 15.  - Atmos Energy* | | | | | | | | | |
| 16.  - BP PLC* | | | | | | | | | |
| 17.  - Cardinal Health Inc Ohio * | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Coca Cola* | | | | | | | | | |
| 19. - Eaton* | | | | | | | | | |
| 20. - Centurylink* | | | | | | | | | |
| 21. - HSBC Holding* | | | | | | | | | |
| 22. - JP Morgan Chase* | | | | | | | | | |
| 23. - Key Corp* | | | | | | | | | |
| 24. - McDonald's* | | | | | | | | | |
| 25. - Merck & Co* | | | | | | | | | |
| 26. - Royal Dutch Shell* | | | | | | | | | |
| 27. - Bristol-Myers Squibb* | | | | | | | | | |
| 28. - Conoco Philips* | | | | | | | | | |
| 29. - Colgate Palmolive* | | | | | | | | | |
| 30. - Conagra Foods* | | | | | | | | | |
| 31. - Du Pont E I DeNemours* | | | | | | | | | |
| 32. - HCP Inc. * | | | | | | | | | |
| 33. - Olin* | | | | | | | | | |
| 34. - Oracle* | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Walgreen* | | | | | | | | | |
| 36. - Nuveen Ohio Mun (Fund) | | | | | | | | | |
| 37. - Sprint Nextel* | | | | | | | | | |
| 38. - Stryker* | | | | | | | | | |
| 39. - Windstream* | | | | | | | | | |
| 40. - Wisconsin Energy* | | | | | | | | | |
| 41. - 3 M* | | | | | | | | | |
| 42. - Eaton Vance Tax (Fund) | | | | | | | | | |
| 43. - Amgen* | | | | | | | | | |
| 44. - Johnson & Johnson* | | | | | | | | | |
| 45. - Microsoft* | | | | | | | | | |
| 46. - American Electric Power* | | | | | | | | | |
| 47. - Bob Evans Farms* | | | | | | | | | |
| 48. - Citigroup* | | | | | | | | | |
| 49. - Pfizer* | | | | | | | | | |
| 50. - Travelers* | | | | | | | | | |
| 51. - Teco Energy* | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - Verizon Communications* | | | | | | | | | |
| 53.   - Dividend Capital Total Realty Trust | | | | | | | | | |
| 54.   - Deutsche Bank PFD Trust | | | | | | | | | |
| 55.   - Waste Management* | | | | | | | | | |
| 56.   - Real Estate Property No. 1 (Darke County, Ohio) | | | | | | | | | |
| 57.   - Merrill Lynch (Accounts) | | | | | | | | | |
| 58.   - Key Bank (Accounts) | | | | | | | | | |
| 59.   - Nationwide Bank (Accounts) | | | | | | | | | |
| 60.   - Wadsworth School Improvement (Bond) | | | | | | | | | |
| 61.   - Marysville School District (Bond) | | | | | | | | | |
| 62.   - Butler County (Bond) | | | | | | | | | |
| 63.   - Elida Local School (Bond) | | | | | | | | | |
| 64.   - Butler County Transportation (Bond) | | | | | | | | | |
| 65.   - Clorox | | | | | | | | | |
| 66.   - PPG | | | | | | | | | |
| 67.   - Q Com | | | | | | | | | |
| 68.   - VGT | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - VWO | | | | | | | | | |
| 70. - Apple | | | | | | | | | |
| 71. - Kroger | | | | | | | | | |
| 72. - Proctor Gamble | | | | | | | | | |
| 73. - Carefusion | | | | | | | | | |
| 74. - NBH | | | | | | | | | |
| 75. - ATOIX | | | | | | | | | |
| 76. - TGBAX | | | | | | | | | |
| 77. - LDLFX | | | | | | | | | |
| 78. - Montgomery County Ohio Rev (Bond) | | | | | Redeemed | 11/17/14 | K | | |
| 79. - Ohio State Higher Education Fac. (Bond) | | | | | | | | | |
| 80. - Greene County Hosp. (Bond) | | | | | | | | | |
| 81. - Am. Mun. Power OH Rev (Bond) | | | | | | | | | |
| 82. - Frontier | | | | | | | | | |
| 83. - Banco Santander | | | | | | | | | |
| 84. - Diageo | | | | | | | | | |
| 85. - Kimberly Clark | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Monsanto | | | | | | | | | |
| 87. - Philip Morris | | | | | | | | | |
| 88. - Blackrock Build America Bond Fund | | | | | Distributed | 12/17/14 | K | | |
| 89. - Lord Abbett Floating Rate Fund | | | | | | | | | |
| 90. - Morgan Stanley Pfd. | | | | | | | | | |
| 91. - Gabelli Utilities Fund | | | | | | | | | |
| 92. - Barrick Gold | | | | | | | | | |
| 93. - Berkshire Hathaway | | | | | | | | | |
| 94. - Broadcom | | | | | | | | | |
| 95. - Cisco | | | | | | | | | |
| 96. - First Trust High Income | | | | | | | | | |
| 97. - ING Infrastructure nka VOYA Infrastructure | | | | | | | | | |
| 98. - Newmont Mining | | | | | | | | | |
| 99. - Paychex | | | | | | | | | |
| 100. - Petrobras | | | | | | | | | |
| 101. - Telefonica | | | | | | | | | |
| 102. - Teva | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Vodafone | | | | | | | | | |
| 104. - Doubleline Total Return | | | | | | | | | |
| 105. - TCW Total Return | | | | | | | | | |
| 106. - SPDR Nuveen S&P High | | | | | | | | | |
| 107. - JP Morgan PFD | | | | | | | | | |
| 108. - Philips 66 | | | | | | | | | |
| 109. - Aegon PFD | | | | | | | | | |
| 110. - SPDR Int (DWX) | | | | | | | | | |
| 111. - DJIA Mitt (MLPHV) | | | | | | | | | |
| 112. - Annaly Capital (NLY PRA) | | | | | | | | | |
| 113. - Apollo Investment (AIY) | | | | | Distributed | 12/11/14 | K | | |
| 114. - Protective Life Debenture (PL PRC) | | | | | | | | | |
| 115. - Tortoise Energy (NDP) | | | | | Sold | 12/29/14 | J | | |
| 116. - Abbvie (ABBV) | | | | | | | | | |
| 117. - Glaxo Smith | | | | | Buy | 12/15/14 | J | | |
| 118. - Goldman Sachs MLP Energy | | | | | Buy | 11/14/14 | J | | |
| 119. - Google | | | | | Buy | 10/17/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Halyard | | | | | Spinoff (from line 85) | 11/06/14 | J | | |
| 121. IRA #1 | D | Int./Div. | N | T | | | | | |
| 122. - Calamos (CVTRX) | | | | | | | | | |
| 123. - Munder Mid Cap (MGOAX) | | | | | Sold | 10/30/14 | K | | |
| 124. - Oppenheimer Internatonal (OIBAX) | | | | | | | | | |
| 125. - Thomas McDonald Money Market Fund | | | | | | | | | |
| 126. - Growth Fund of America (GFAFX) | | | | | | | | | |
| 127. - Henderson European Focus (HFEAX) | | | | | | | | | |
| 128. - Thornburg International Value (TGVIX) | | | | | | | | | |
| 129. - Van Kampen Growth & Income (ACGMX) | | | | | Sold | 01/31/14 | K | | |
| 130. - Dividend Capital Total Realty Trust | | | | | | | | | |
| 131. - Gabelli Utilities Fund (GAUIX) | | | | | | | | | |
| 132. - Victory Portfolio (IPFIX) | | | | | | | | | |
| 133. - Franklin Microcap (FVRMX) | | | | | | | | | |
| 134. IRA #2 | E | Int./Div. | N | T | | | | | |
| 135. - DFEOX | | | | | | | | | |
| 136. - DFITX | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - DFREX | | | | | | | | | |
| 138. - DFALX | | | | | | | | | |
| 139. - DFSHX | | | | | | | | | |
| 140. - Schwab (Account) | | | | | | | | | |
| 141. - DFQTX | | | | | | | | | |
| 142. - DFIEX | | | | | | | | | |
| 143. IRA #3 | E | Int./Div. | P1 | T | | | | | |
| 144. - Morgan Stanley & Co. | | | | | | | | | |
| 145. - Microsoft (MSFT)* | | | | | | | | | |
| 146. - 1 Shares S&P (PFF) | | | | | | | | | |
| 147. - Gabelli Utilities (GAUAX) | | | | | | | | | |
| 148. - First Trust High Income (FSD) | | | | | | | | | |
| 149. IRA #4 | D | Dividend | O | T | | | | | |
| 150. - Blackrock Build America (BBN) | | | | | | | | | |
| 151. - Spider China ETF (GXC) | | | | | | | | | |
| 152. - Vanguard Total Market EFT (VTI) | | | | | | | | | |
| 153. - Dodge & Cox Income (DODIX) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Vanguard High Dividend (VYM) | | | | | | | | | |
| 155. - First Trust High Income (FSD) | | | | | | | | | |
| 156. - Vanguard Money Market (VMMXX) | | | | | | | | | |
| 157. - Vanguard High Yield Corp (VWEHX) | | | | | | | | | |
| 158. - SPDR Int Div (DWX) | | | | | | | | | |
| 159. - Tortoise Energy (NDP) | | | | | | | | | |
| 160. - Natural Resource (NRP) | | | | | | | | | |
| 161. - Pennsylvania Mutual (PENNX) | | | | | | | | | |
| 162. - TCW Return (TGLMX) | | | | | | | | | |
| 163. - VBIRX | | | | | | | | | |
| 164. - Annaly Capital (NLY) | | | | | | | | | |
| 165. - Apollo Investment (AIY) | | | | | | | | | |
| 166. - Verizon (VZ) | | | | | | | | | |
| 167. - Vodafone (VOD) | | | | | | | | | |
| 168. - Gateway (GATEX) | | | | | | | | | |
| 169. - I Shares Russell Midcap (IWS) | | | | | | | | | |
| 170. - British Petroleum (BP) | | | | | Buy | 10/09/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Blackstone (BX) | | | | | Buy | 10/01/14 | J | | |
| 172. - GSMLP Energy (GER) | | | | | Buy | 11/14/14 | J | | |
| 173. - JP Morgan Equity (HLIEX) | | | | | Buy | 01/31/14 | K | | |
| 174. - Templeton Global Bond (TGBAX) | | | | | Buy | 02/19/14 | J | | |
| 175. IRA #5 | A | Dividend | M | T | | | | | |
| 176. - Tortoise Energy (NDP) | | | | | | | | | |
| 177. - ING Infrastructure (IDE) nka VOYA Infrastructure | | | | | | | | | |
| 178. - Vanguard Money Market (VMMXX) | | | | | | | | | |
| 179. - Apollo Investment (AIY) | | | | | | | | | |
| 180. - Ares Capital (ARCC) | | | | | Buy | 09/25/14 | J | | |
| 181. John Hancock Venture | D | Dividend | M | T | | | | | |
| 182. Reliastar Whole Life (Insurance) | A | Interest | J | T | | | | | |
| 183. US Savings Bonds | B | Interest | K | T | | | | | |
| 184. Citigroup (C)* | B | Dividend | K | T | | | | | |
| 185. Coca Cola Enterprises (CCE)* | A | Dividend | J | T | | | | | |
| 186. Walt Disney Company (DIS)* | A | Dividend | J | T | | | | | |
| 187. FFD Financial (FFDF)* | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Motorola Solutions (MSI) | A | Dividend | J | T | | | | | |
| 189. Occidental Petroleum (OXY)* | B | Dividend | K | T | | | | | |
| 190. RPM International (RPM)* | A | Dividend | J | T | | | | | |
| 191. Tower Financial (TOFC)* nka Old National Bank (ONB) | | None | J | T | | | | | |
| 192. US Bancorp (USB)* | A | Dividend | J | T | | | | | |
| 193. Huntington* | A | Dividend | J | T | | | | | |
| 194. Orbital (OBTEF)* | | None | J | T | | | | | |
| 195. Merrill Lynch CMA Funds (cash) | B | Interest | L | T | | | | | |
| 196. Amgen (AMGN)* | | None | J | T | | | | | |
| 197. Applied Material (AMAT)* | A | Dividend | J | T | | | | | |
| 198. Ares Capital (ARCC)* | B | Dividend | K | T | | | | | |
| 199. AT&T (T)* | A | Dividend | K | T | | | | | |
| 200. Bristol-Myers Squibb (BMY)* | A | Dividend | J | T | | | | | |
| 201. Coca Cola (KO)* | B | Dividend | J | T | | | | | |
| 202. Conagra Foods (CAG)* | A | Dividend | J | T | | | | | |
| 203. Eli Lilly (LLY)* | B | Dividend | K | T | | | | | |
| 204. Intel (INTL)* | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. KeyCorp (KEY)* | B | Dividend | K | T | | | | | |
| 206. Marathon Oil (MRO)* | A | Dividend | J | T | | | | | |
| 207. Marathon Petroleum (MPC) | A | Dividend | J | T | | | | | |
| 208. Sony (SNE)* | A | Dividend | K | T | | | | | |
| 209. Verizon Communications (VZ)* | A | Dividend | J | T | | | | | |
| 210. Zimmer Holdings (ZMH)* | | None | J | T | | | | | |
| 211. Blackrock Mun Intermediate Fund (MUI) | C | Interest | K | T | | | | | |
| 212. Nuveen Fund (NZF) | A | Interest | K | T | | | | | |
| 213. CBS (CBSA)* | A | Dividend | J | T | | | | | |
| 214. Goldman Sachs (GSMAX) | | None | J | T | | | | | |
| 215. Loomis Sayles (NEFZX) | A | Interest | J | T | | | | | |
| 216. Merck (MRK)* | A | Dividend | J | T | | | | | |
| 217. Cedar Fair (FUN)* | C | Dividend | L | T | | | | | |
| 218. Deutsche Bank Pref Trust | B | Dividend | K | T | | | | | |
| 219. Nationwide Bank (Accounts) | C | Interest | N | T | | | | | |
| 220. Butler County (Bond) | B | Interest | K | T | | | | | |
| 221. Henderson International (HFOAX) Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. IXJ | A | Dividend | K | T | | | | | |
| 223. VGT | A | Dividend | J | T | | | | | |
| 224. VEU | A | Dividend | J | T | | | | | |
| 225. VOHXX | A | Dividend | K | T | | | | | |
| 226. VOHIX | C | Dividend | K | T | | | | | |
| 227. DFA US Core Equity (DFQTX) | B | Dividend | M | T | | | | | |
| 228. DFA International Core (DFIEX) | B | Dividend | L | T | | | | | |
| 229. DFA Emerging (DFCEX) | B | Dividend | K | T | | | | | |
| 230. Schwab (Account) (cash) | A | Interest | K | T | | | | | |
| 231. Bank of America (BAC) | A | Dividend | J | T | | | | | |
| 232. VGK | A | Dividend | J | T | | | | | |
| 233. Legg Mason Municipal High Fund (LMHIX) | A | Dividend | J | T | | | | | |
| 234. Ohio State Higher Ed (Bonds) | C | Interest | | | Redeemed | 01/15/14 | K | | |
| 235. Montgomery County Ohio Rev (Bonds) | C | Interest | | | Redeemed | 11/17/14 | K | | |
| 236. Greene County Ohio Hos. (Bonds) | B | Interest | L | T | | | | | |
| 237. ATOIX | B | Dividend | M | T | | | | | |
| 238. XLP | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Dexcom | | None | J | T | | | | | |
| 240. VFSTX | A | Dividend | J | T | | | | | |
| 241. Banco Santander (STD) | A | Dividend | J | T | | | | | |
| 242. Cisco (CISCO) | A | Dividend | J | T | | | | | |
| 243. Energy Sector Spdr. (XLE) | A | Dividend | J | T | | | | | |
| 244. Kimberly Clark (KMB) | A | Dividend | K | T | | | | | |
| 245. Kroger (KR) | A | Dividend | J | T | | | | | |
| 246. Monsanto (MON) | A | Dividend | K | T | | | | | |
| 247. Petroleo Brasileiro (PBR) | A | Dividend | J | T | | | | | |
| 248. Qualcomm (QCOM) | A | Dividend | K | T | | | | | |
| 249. Exelon (EXC) | B | Dividend | K | T | | | | | |
| 250. Peabody (BTU) | A | Dividend | J | T | | | | | |
| 251. Tortoise MLP Fund (NTG) | A | Dividend | J | T | | | | | |
| 252. Blackrock Build America Fund (BBN) | A | Dividend | K | T | | | | | |
| 253. Templeton Global Bond (TGBAX) | A | Dividend | J | T | | | | | |
| 254. Lord Abbott Short Dur. (LDLFX) | A | Dividend | | | Sold | 12/29/14 | K | | |
| 255. Tortoise MLP Fund (NTG) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. Frontier (FTR) | A | Dividend | J | T | | | | | |
| 257. Abbott (ABT) | A | Dividend | J | T | | | | | |
| 258. Community Trust Bank (CTBI) | A | Dividend | J | T | | | | | |
| 259. Newmont Mining (NEM) | A | Dividend | K | T | | | | | |
| 260. ING Infrastructure (IDE) nka VOYA Infrastructure | A | Dividend | J | T | | | | | |
| 261. Morgan Stanley PFD (MSK) | A | Dividend | J | T | | | | | |
| 262. Proctor Gamble (PG) | A | Dividend | J | T | | | | | |
| 263. Statoil (STO) | A | Dividend | J | T | | | | | |
| 264. Teva (TEVA) | A | Dividend | J | T | | | | | |
| 265. Transocean (RIG) | A | Dividend | J | T | | | | | |
| 266. First Trust (FSD) | A | Dividend | J | T | | | | | |
| 267. Berea Ohio School (Bond) | A | Interest | J | T | | | | | |
| 268. Pfizer (PFE) / Mistakenly reported as Gabellis Utilities (GABUX) | A | Dividend | K | T | | | | | |
| 269. Key Bank (Accounts) | B | Interest | M | T | | | | | |
| 270. SB Financial Group fka Rurban Financial | | None | J | T | | | | | |
| 271. Abbvie (ABBV) | A | Dividend | J | T | | | | | |
| 272. Apple (AAPL) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. Apache (APA) | A | Dividend | J | T | | | | | |
| 274. Citrix (CTXS) | | None | J | T | | | | | |
| 275. Rio Tinto (RIO) | A | Dividend | J | T | | | | | |
| 276. Suncor (SU) | A | Dividend | J | T | | | | | |
| 277. Windstream (WIN) | B | Dividend | J | T | | | | | |
| 278. HCP Inc. (HCP) | A | Dividend | | | Sold | 10/14/14 | J | A | |
| 279. Vanguard High Dividend (VYM) | A | Dividend | J | T | | | | | |
| 280. Halyard (HYH) | | None | J | T | Spinoff (from line 244) | 11/06/14 | J | | |
| 281. California Resources (CRC) | A | Dividend | J | T | Spinoff (from line 189) | 12/01/14 | J | | |
| 282. Chicago Bridge & Iron (CBI) | A | Dividend | J | T | Buy | 08/15/14 | J | | |
| 283. Dorman (DORM) | | None | J | T | Buy | 09/15/14 | J | | |
| 284. Amazon (AMZN) | | None | J | T | Buy | 05/07/14 | J | | |
| 285. EBay (EBAY) | | None | J | T | Buy | 11/20/14 | J | | |
| 286. Philip Morris (PM) | A | Dividend | K | T | Buy | 01/14/14 | K | | |
| 287. Zoetis (ZTS) | A | Dividend | J | T | Buy | 03/31/14 | J | | |
| 288. Vanguard Total Int. (VXUS) | A | Dividend | J | T | Buy | 10/01/14 | J | | |
| 289. Market Vector Short (SHYD) | A | Dividend | J | T | Buy | 07/03/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.   I Share Japan (EWJ) | A | Dividend | J | T | Buy | 04/10/14 | J | | |
| 291.   Power Shares Exchange (BKLN) | A | Dividend | J | T | Buy | 04/29/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 04/29/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Names with asterisks are common stock.

Trust #1 (Line 2) is an Aggregate Ownership Arrangement in which �altered▒ is a beneficiary or trustee of ▒ trusts. Assets are itemized (Lines 3 - 120).

Blackrock Build America Bond Fund (Line 88) was distributed to ▒▒▒▒▒ in December 2014.

Apollo Investment (AIY) (Line 113) was distributed to ▒▒▒▒▒ in December 2014.

Deletions from 2013 Financial Disclosure Report

2013 FDR Line 126
SPDR Int. (DWX)
Combined with Line 110 for ease of reporting

Ttransfers from IRA #1 to IRA #4

2013 FDR Line 131
Gateway (GATEX)
Transferred to IRA #4 (now Line 168)

2013 FDR Line 135
I Shares Russell Midcap (IWS)
Transferred to IRA #4 (now Line 169)

Additions to 2014 Financial Disclosure Report

Lines 117-119
Acquisitions made to Trust #1

Line 120 / Halyard
Spin-off from Line 85 / Kimberly Clark

Lines 170-174
Acquisitions made to IRA #4

Line 180
Acquisition made to Trust #5

Line 280 / Halyard (HYH)
Spin-off from Line 244 / Kimberly Clark (KMB)

Line 281/ California Resources (CRC)
Spin-off from Line 189 / Occidental Petroleum (OXY)

Lines 282-291
Acquisitions made ▒▒▒▒▒

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jack Zouhary**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544